# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO OREGEL, | NO. CV 21-9931 JWH (KS) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| COUNTY OF LOS ANGELES, | |
| Respondent. | |

1      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, it is hereby **ORDERED** as follows:

    1.     The First Amended Petition is **DISMISSED** as untimely.

    2.     Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: April 20, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE